**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

OTHON B. E. EBOUELLE,

    *Plaintiff*,

    v.

UR MENDOZA JADDOU, *et al.*,

    *Defendants*.

Civil Action No. 24-00359 (AHA)

### <u>Memorandum Opinion</u>

Plaintiff Othon B. E. Ebouelle filed this action on February 7, 2024, to compel various government officials at the Department of Homeland Security to adjudicate his applications for asylum and withholding of removal. ECF No. 3 ¶ 1. Despite two reminders and extensions, Ebouelle failed to serve Defendants with process as required by Federal Rule of Civil Procedure 4 and, as a result, has failed to prosecute this case. This matter is therefore dismissed without prejudice.

Ebouelle filed proofs of service on May 23, 2024, but Defendants did not appear. On February 7, 2025, the Court noted that the proofs of service "indicate that Plaintiff did not comply with the Federal Rule of Civil Procedure 4(i) requirements for serving United States agencies and officials" and ordered Ebouelle to file new proofs of service demonstrating that he had served Defendants properly by February 28, 2025. Minute Order (Feb. 7, 2025). Ebouelle did not take any action. On March 18, 2025, the Court issued a second order instructing Ebouelle to "either file proof of service or show cause why this case should not be dismissed for failure to prosecute or

failure to timely serve" by April 1, 2025. Minute Order (Mar. 18, 2025). That deadline has now passed.

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Additionally, the Court may dismiss a case for failure to prosecute "upon the Court's own motion." Local Civ. R. 83.23; *see Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011) ("District courts have inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order."). In total, 447 days have passed since this case was filed, and Ebouelle has yet to serve his complaint on Defendants. Accordingly, the Court dismisses this action without prejudice.

A separate order accompanies this memorandum opinion.

_____
AMIR H. ALI
United States District Judge

Date:   April 29, 2025

2